UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-6273

———————

ROBERT E. BUTLER,

Plaintiff - Appellant,

versus

RICHARD YOUNG; WARDEN HARVEY; RANDOLPH PHIL-
LIPS, Assistant Warden of Programs; OFFICER
KISER; OFFICER JOHNSON; OFFICER BALDWIN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-00-65-7)

———————

Submitted: April 27, 2000          Decided: May 4, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert E. Butler, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Butler, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion and find that Butler failed to state a claim upon which relief could be granted. Accordingly, we affirm the dismissal on the reasoning of the district court. See Butler v. Young, No. CA-00-65-7 (W.D. Va. Feb. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2